# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

140888 (87)

DR. SAMMIE E. HARRIS,
      Plaintiff-Appellant,

v

DETROIT PUBLIC SCHOOLS,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140888
COA: 283472
Wayne CC: 04-419599-CZ

On order of the Court, the motion for reconsideration of this Court's September 9, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

y1213